Derrell JOHNSON, Plaintiff-Appellant,

v.

C.T. WOODY, Jr., Sheriff,
Defendant-Appellee.

No. 17-7128

United States Court of Appeals,
Fourth Circuit.

Submitted: January 26, 2018

Decided: January 31, 2018

Derrell Johnson, Appellant Pro Se.

Before MOTZ, KING, and WYNN,
Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Derrell Johnson appeals the district
court's order dismissing, without prejudice,
his 42 U.S.C. § 1983 (2012) complaint for
failure to immediately notify the court of a
change in his address. We review for abuse
of discretion a district court's dismissal
pursuant to Fed. R. Civ. P. 41(b). *See
Ballard v. Carlson*, 882 F.2d 93, 95-96 (4th
Cir. 1989). Our review of the record re-
veals that, although the district court's
June 30, 2017, order was returned without
delivery to Johnson, Johnson had provided
the court with his correct, current address,
which did not change.* Because the record

does not support the district court's ratio-
nale for dismissal, we conclude that the
dismissal constituted an abuse of discre-
tion. *See Scott v. Family Dollar Stores,
Inc.*, 733 F.3d 105, 112 (4th Cir. 2013)
(noting that "district court abuses its dis-
cretion by resting its decision on a clearly
erroneous finding of a material fact" (in-
ternal quotation marks omitted)).

Accordingly, we vacate the dismissal or-
der and remand the case to the district
court to allow Johnson another opportunity
to comply with the June 30, 2017, order.
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
this court and argument would not aid the
decisional process.

*VACATED AND REMANDED*

---

* The record does not reveal why the order was
returned as undeliverable. We note that the
district court had no reason to suspect that
the failed delivery was based on the fortuity of
the mail rather than a change of Johnson's
address.